HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON GARRETT DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JASON GARRETT DURAN,<br><br>   Defendant. | No. 2:12-CR-0371 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  August 8, 2013<br>Time:  9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Jason Garrett Duran, and plaintiff, United States of America, that the status conference scheduled for August 8, 2013, may be rescheduled for October 3, 2013, at 9:30 a.m.

The parties seek additional time to complete their review of the case and of records bearing on possible resolutions. At present, defense counsel has provided a settlement proposal to the government and a counter-proposal is under review, but additional work must be done to determine whether the case may resolve. In order to complete their

1  review and discussions, the parties agree that the interests of justice
2  outweigh the best interests of the public and Mr. Duran in a speedy trial
3  and ask the Court to exclude time under the Speedy Trial Act from the
4  date of this order through October 3, 2013, pursuant to Title 18, United
5  States Code, Section 3161(h)(7)(A) and (B)(iv).

6                                          Respectfully Submitted,

7                                          HEATHER E. WILLIAMS
                                           Federal Defender
8

9  Dated:  August 6, 2013        /s/ T. Zindel
                                 TIMOTHY ZINDEL
10                               Assistant Federal Defender
                                 Attorney for JASON GARRETT DURAN
11

12                                         BENJAMIN WAGNER
                                           United States Attorney
13

14 Dated:  August 6, 2013        /s/  T. Zindel for K. Reardon
                                 KYLE REARDON
15                               Assistant U.S. Attorney

16
                                **O R D E R**
17

18      The status conference is continued to October 3, 2013, at 9:30 a.m.
19 The court finds that a continuance is necessary for the reasons stated
20 above and that the ends of justice served by granting a continuance
21 outweigh the best interests of the public and the defendant in a speedy
22 trial.  Time is therefore excluded from the date of this order through
23 October 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
24      IT IS SO ORDERED.
25

26 Dated: August 6, 2013

27
                                           _____
28                                         Troy L. Nunley
                                           United States District Judge