HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JASON DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>JASON DURAN,<br><br>             Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  2:12-CR-0371 TLN<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:   December 12, 2013<br>Time:   9:30 a.m.<br>Judge:  Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Jason Duran, and plaintiff, United States of America, that the status conference scheduled for December 12, 2013, may be rescheduled for January 16, 2014, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.

The parties have narrowed the issues for decision between them and have made substantial progress toward a resolution, although a final agreement has been delayed by the trial schedules of both counsel.  Counsel expect to meet again this month to review materials and resolve remaining issues.   The parties further agree that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Duran in a speedy trial.  They

ask the Court to exclude time under the Speedy Trial Act from the date of this order through January 16, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 9, 2013          /s/ T. Zindel_____
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for JASON DURAN


                                  BENJAMIN WAGNER
                                  United States Attorney


Dated:  December 9, 2013          /s/  T. Zindel for K. Reardon_____
                                  KYLE REARDON
                                  Assistant U.S. Attorney


**O R D E R**

The status conference is continued to January 16, 2014, at 9:30 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 16, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December 10, 2013

_____
Troy L. Nunley
United States District Judge