HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JASON DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-CR-0371 TLN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JASON DURAN, | |
| Defendant. | Date:  January 16, 2014<br>Time:  9:30 a.m.<br>Judge:  Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Jason Duran, and plaintiff, United States of America, that the status conference scheduled for January 16, 2014, may be rescheduled for January 23, 2014, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.

The parties have reached an agreement to resolve the pending indictment but need additional time to put the final agreement in writing, to review it, and to provide it to the Court in sufficient time that the Court may prepare to take the change of plea.  So that these tasks may be completed, the parties request a one-week continuance and agree that the interests of justice to be served by the continuance outweigh the best interests of the public and Mr. Duran in a speedy trial.  They ask the Court to exclude time under the Speedy Trial Act from the date of this order

through January 23, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                   Respectfully Submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

Dated:  January 13, 2014          /s/ T. Zindel_____
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for JASON DURAN

                                   BENJAMIN WAGNER
                                   United States Attorney

Dated:  January 13, 2014          /s/  T. Zindel for K. Reardon \_\_\_\_
                                   KYLE REARDON
                                   Assistant U.S. Attorney

## O R D E R

The status conference is continued to January 23, 2014, at 9:30 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 23, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

     IT IS SO ORDERED.

Dated: January 14, 2014

                                   Troy L. Nunley
                                   United States District Judge